NUMBER 13-07-00760-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


_______________________________________________________


EUSTACIO HERNANDEZ 

A/K/A ESTACIO HERNANDEZ, Appellant,


v.



THE STATE OF TEXAS, Appellee.

_______________________________________ ________________


On Appeal from the 36th District Court 


of San Patricio County, Texas.


_______________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Rodriguez and Garza


Memorandum Opinion Per Curiam


 Appellant, Eustacio Hernandez a/k/a Estacio Hernandez, attempts to appeal his
conviction for driving under the influence. The trial court has certified that this "is a plea-bargain case, and the defendant has NO right of appeal," and "the defendant has waived
the right of appeal." See Tex. R. App. P. 25.2(a)(2).

 On December 31, 2007, this Court notified appellant's counsel of the trial court's
certification and ordered counsel to: (1) review the record; (2) determine whether appellant
has a right to appeal; and (3) forward to this Court, by letter, counsel's findings as to
whether appellant has a right to appeal, or, alternatively, advise this Court as to the
existence of any amended certification.

 On January 30, 2008, counsel filed a letter brief with this Court. Counsel's response
does not establish that the certification currently on file with this Court is incorrect or that
appellant otherwise has a right to appeal. 

 The Texas Rules of Appellate Procedure provide that an appeal must be dismissed
if the trial court's certification does not show that the defendant has the right of appeal. 
Tex. R. App. P. 25.2(d); see Tex. R. App. P. 37.1, 44.3, 44.4. Accordingly, this appeal is
DISMISSED. Any pending motions are denied as moot.


 PER CURIAM


Do not publish. See Tex. R. App. P. 47.2(b).


Memorandum Opinion delivered 

and filed this the 13th day of March, 2008.